IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                  Case No.  4:19-cr-00414 KGB

DARYL DESHUN THOMAS                                                                         DEFENDANT

## ORDER

On July 5, 2023, defendant Daryl Deshun Thomas appeared for a revocation hearing before this Court with his counsel Charles Allen.  The government was represented by Assistant United States Attorney John Ray White.  Mr. Thomas admitted to the violations in the government's superseding petition to revoke, and the Court revoked him.  The Court sentenced Mr. Thomas to serve a term of imprisonment until bed space becomes available for him to report to inpatient residential inpatient treatment and to supervision for one year to follow.

The Court now orders Mr. Thomas to report to Arisa Recovery at the Mills in Searcy, Arkansas, for residential treatment upon release from custody on July 10, 2023.  Mr. Thomas was in United States Marshal custody at the time of the revocation hearing and will remain in custody until his release July 10, 2023, to attend residential inpatient treatment.

Mr. Thomas shall be released from United States Marshal custody at 9:00 a.m. on July 10, 2023, and he should report to the Mills in Searcy, Arkansas, for residential treatment by 1:00 p.m. on July 10, 2023.  Mr. Thomas is responsible for his transportation from United States Marshal custody to the Mills in Searcy, Arkansas, on July 10, 2023.  All other conditions previously imposed remain in full force and effect.

It is so ordered this 7th day of July, 2023.

_____
Kristine G. Baker
United States District Judge